UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

BENJAMIN FRANLIN MAXEY, JR.,

    Petitioner,

-vs-                                          Case No.    5:05-cv-120-Oc-10GRJ
                                                                       5:03-cr-30-Oc-10GRJ

UNITED STATES OF AMERICA,

    Respondent.
_____/

## O R D E R

The United States Magistrate Judge has issued a Report (Doc. 10) recommending that the Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence By a Person in Federal Custody (Doc. 1) be denied.  There have been no objections to the report and recommendation of the Magistrate Judge, and the time for objection has elapsed.

Accordingly, upon an independent examination of the file and upon due consideration, it is ordered and adjudged that:

(1) the Report and Recommendation of the Magistrate Judge (Doc. 10) is adopted, confirmed and made a part hereof;

(2) the Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence By a Person in Federal Custody (Doc. 1) is DENIED; and

(3) the Clerk is directed to terminate any pending motions and close the file.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 15th day of December, 2005.

_____
UNITED STATES DISTRICT JUDGE

Copies to:  Counsel of Record
            Magistrate Judge Gary R. Jones
            Maurya McSheehy